1                                                          Honorable Robert J. Bryan

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
8                            AT TACOMA

9   SHERI SWEENEY, QUI TAM PLAINTIFF,
    for and on behalf of the United States of          NO.  C03-5320 RJB
10  America,

11            Plaintiff,                               STIPULATION AND AGREED ORDER
                                                      MODIFYING ORDER SETTING
12        v.                                          TRIAL, PRETRIAL DATES AND
                                                      ORDERING MEDIATION
13  MANORCARE HEALTH SERVICES, INC., a
    Delaware corporation; "JOHN DOE(S)" 1
14  through 50; and "JOHN DOE, INC.(S)" 1
    through 5,
15
              Defendants.
16

17                          I.  STIPULATION

18        The parties seek an order modifying some of the dates set in this Court's Minute Order

19  Setting Trial, Pretrial Dates and Ordering Mediation entered on April 29, 2005 (Dckt. No. 33),

20  on the grounds that the parties only recently filed and served their initial disclosures and

21  conducted their discovery conference pursuant to this Court's order entered May 19, 2005

22  (Dckt. No. 36).  They have agreed on a discovery plan and are in the process of serving and

23  responding to written discovery propounded each to the other.  Neither party is prepared to

24  comply with disclosure of expert testimony pursuant to FRCP 26(a)(2) at this time and

25

STIPULATION AND AGREED ORDER MODIFYING ORDER          **Williams, Kastner & Gibbs PLLC**
SETTING TRIAL, PRETRIAL DATES AND ORDERING            Two Union Square, Suite 4100 (98101-2380)
MEDIATION - 1                                         Mail Address: P.O. Box 21926
(C03-5320 RJB)                                        Seattle, Washington 98111-3926
                                                      (206) 628-6600

1710542.1

1   reasonably believe that they will be unable to comply with certain other deadlines set during

2   the summer months.

3          Therefore, the parties seek a modification of the scheduling order as set forth below.

4
           DATED this 6th day of June, 2005.
5

6   LAW OFFICES OF DOUGLAS A. CLOUD        WILLIAMS, KASTNER & GIBBS PLLC

7

8   By /s  Douglas A. Cloud, WSBA #13456     By /s Jan C. Kirkwood, WSBA #11092
       Douglas A. Cloud, WSBA # _____         Jan C. Kirkwood, WSBA #11092

9   Attorney for Plaintiff                   Attorneys for Defendants ManorCare Health
                                             Services, Inc. and Stacy Mesaros
10

11

12                              II.  ORDER

13         Having read the above stipulation between the parties and the Court finding good cause

14   to alter the Minute Order Setting Trial, Pretrial Dates and Ordering Mediation as follows:

15

| Event | From | To |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) (Plaintiff) | June 8, 2005 | August 1, 2005 |
| Disclosure of expert testimony under FRCP 26(a)(2) (Defendant) | June 8, 2005 | August 20, 2005 |
| All motions related to discovery must be FILED by | July 18, 2005 | September 6, 2005 |
| Discovery COMPLETED by | August 7, 2005 | October 6, 2005 |
| All dispositive motions must be FILED by | September 6, 2005 | October 6, 2005 |

16

17

18

19

20

21         All other dates set in this Court's April 29, 2005 order remain unchanged.

22

23

24

25

STIPULATION AND AGREED ORDER MODIFYING ORDER
SETTING TRIAL, PRETRIAL DATES AND ORDERING
MEDIATION - 2
(C03-5320 RJB)

**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1710542.1

1    DONE IN OPEN COURT this 7th day of June, 2005. _____.

2

3

4                                              Robert J. Bryan
                                               United States District Judge
5

6

7    PRESENTED BY:

8    WILLIAMS, KASTNER & GIBBS PLLC

9

10   By /s Jan C. Kirkwood, WSBA #11092
        Jan C. Kirkwood, WSBA #11092

11   Attorneys for Defendants ManorCare Health
     Services, Inc. and Stacy Mesaros
12

13   COPY RECEIVED; APPROVED AS TO
     FORM; NOTICE OF PRESENTATION
14   WAIVED:

15   LAW OFFICES OF DOUGLAS A. CLOUD

16

17   By /s Douglas A. Cloud, WSBA #13456
        Douglas A. Cloud, WSBA #13456
18

     Attorney for Plaintiff
19

20

21

22

23

24

25

     STIPULATION AND AGREED ORDER MODIFYING ORDER            **Williams, Kastner & Gibbs PLLC**
     SETTING TRIAL, PRETRIAL DATES AND ORDERING              Two Union Square, Suite 4100 (98101-2380)
     MEDIATION - 3                                           Mail Address: P.O. Box 21926
     (C03-5320 RJB)                                          Seattle, Washington 98111-3926
                                                             (206) 628-6600

     1710542.1