**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

SHERI SWEENEY, QUI TAM PLAINTIFF, for and on behalf of the United States of America,

Plaintiff,

vs.

MANORCARE HEALTH SERVICES, INC., a Delaware corporation; "JOHN DOE(S)" 1 through 50; and "JOHN DOE, INC.(S)" 1 through 5,

Defendants

NO.  C03-5320 RJB

**STIPULATION AND AGREED ORDER MODIFYING ORDER SETTING TRIAL, PRETRIAL DATES AND ORDERING MEDIATION**

## I. STIPULATION

The parties seek an order modifying the dates set in this Court's Minute Order Setting Trial, Pretrial Dates and Ordering Mediation entered on June 7, 2005 (Dckt. No. 40), on the grounds that the parties have filed and served their initial disclosures and conducted their discovery conference pursuant to this Court's order entered May 19, 2005 (Dckt. No. 36).  They have also agreed on a discovery plan and are in the process of serving, responding and/or supplementing written discovery propounded each to the other.  Nonetheless, it appears that additional time is necessary to allow the parties to thoroughly conduct discovery and trial preparation.  Neither party is prepared to comply with disclosure of expert testimony pursuant to FRCP 26(a)(2) at this time.  They reasonably believe that they will be unable to comply with certain other deadlines set during the summer and fall months.

**THEREFORE**, the parties seek a modification of the scheduling order setting the trial for May 29,

STIPULATION AND AGREED ORDER
MODIFYING ORDER SETTING TRIAL,
PRETRIAL DATES AND ORDERING MEDIATION - 1 OF 3

LAW OFFICE OF DOUGLAS R. CLOUD
901 South "I" St., Ste. 101
Tacoma, Washington 98405
Phone: 253-627-1505  Fax: 253-627-8376

2006, and rescheduling of the Pretrial Dates and Ordering Mediation in a time line appropriate to a trial date of May 29, 2006.

**DATED** this 4th day of August, 2005.

| **LAW OFFICE OF DOUGLAS R. CLOUD** | **WILLIAMS, KASTNER & GIBBS PLLC** |
|---|---|
| s/ Douglas R. Cloud | s/ Jan C. Kirkwood |
| **DOUGLAS R. CLOUD, WSBA #13456**<br>Attorney for Plaintiff | **JAN C. KIRKWOOD, WSBA #11092**<br>Attorney for Defendants ManorCare Health Services, Inc., and Stacy Mesaros |

## II. ORDER

Having read the above stipulation between the parties and the Court finding good cause to alter the Minute Order Setting trial, Pretrial Dates and Ordering Mediation as follows:

1. The trial date is scheduled for May 29, 2006.

2. That the Pretrial Dates and Ordering Mediation are scheduled in a time line appropriate to a trial date of May 29, 2006, as follows.

| Event | From | To |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) (Plaintiff) | August 1, 2005 | November 10, 2005 |
| Disclosure of expert testimony under FRCP 26(a)(2) (Defendant) | August 20, 2005 | December 1, 2005 |
| All motions related to discovery must be FILED by | September 6, 2005 | January 6, 2006 |
| Discovery COMPLETED by | October 6, 2005 | January 30, 2006 |
| All dispositive motions must be FILED by | October 6, 2005 | February 27, 2006 |
| Settlement conference per CR 39.1(c)(2) HELD no later than | October 6, 2005 | March 30, 2006 |
| Mediation per CR 39.1(c)(3) HELD no later than | November 5, 2005 | April 28, 2006 |
| Letter of compliance as to CR 39.1 FILED by | November 12, 2005 | May 5, 2006 |
| **FIVE DAY JURY TRIAL** set for 9:30 a.m. on | December 5, 2005 | May 30, 2006 |

**STIPULATION AND AGREED ORDER MODIFYING ORDER SETTING TRIAL, PRETRIAL DATES AND ORDERING MEDIATION - 2 OF 3**

LAW OFFICE OF DOUGLAS R. CLOUD
901 South "I" St., Ste. 101
Tacoma, Washington 98405
Phone: 253-627-1505  Fax: 253-627-8376

**DONE IN OPEN COURT** this 5th day of August, 2005.

_____
Robert J. Bryan
United States District Judge

PRESENTED BY:

**LAW OFFICE OF DOUGLAS R. CLOUD**

s/ Douglas R. Cloud
_____
**DOUGLAS R. CLOUD, WSBA #13456**
Attorney for Plaintiff

COPY RECEIVED; APPROVED AS TO FORM; NOTICE OF PRESENTATION WAIVED:

**WILLIAMS, KASTNER & GIBBS, PLLC**

s/ Jan C. Kirkwood
_____
**JAN C. KIRKWOOD, WSBA #13456**
Attorney for Defendants ManorCare Health Services, Inc., and Stacy Mesaros

**STIPULATION AND AGREED ORDER MODIFYING ORDER SETTING TRIAL, PRETRIAL DATES AND ORDERING MEDIATION - 3 OF 3**

**LAW OFFICE OF DOUGLAS R. CLOUD**
901 South "I" St., Ste. 101
Tacoma, Washington 98405
Phone: 253-627-1505   Fax: 253-627-8376