# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SHERI SWEENEY, QUI TAM PLAINTIFF, for and on behalf of the United States of America,<br><br>Plaintiff,<br><br>v.<br><br>MANORCARE HEALTH SERVICES, INC., a Delaware corporation; STACEY MESAROS; "JOHN DOES(S)" 1 through 50; and "JOHN DOE, INC.(S)" 1 through 5,<br><br>Defendants. | Case No.  C03-5320RJB<br><br><br><br><br>ORDER CHANGING TRIAL DATE |

This matter comes before the court *sua sponte*.  Due to scheduling conflicts, the court must reset the above-referenced case.  In order to not delay the trial unreasonably, the court can reassign the case for commencement of trial on **May 22, 2006**, with the pretrial conference to be reset to **May 12, 2006**.

Now therefore, it is

**ORDERED** that the trial date in the above case is reset to **May 22, 2006**, to commence at 9:30 a.m., and the pretrial conference is reset to **May 12, 2006**, at 8:30 a.m.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 18th day of January, 2006.

*/s/ Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER
Page - 1